In the fourth above-described appeal — Order entered February 25, 1952, adjudging defendant guilty of contempt of court and fining him $2,000 reversed and the motion denied. Settle order on notice. [See 280 App. Div. 760.]

(Republished.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER STEIN, HERMAN STEIN and HARRY ISRAEL, Appellants.— Opinion by Cohn, J. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. Settle order on notice. [See 280 App. Div. 176.]

(May 9, 1952.)

DAVID S. FISCHMAN, INC., v. PAPLAM RESTAURANT, INC., et al.— Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

(May 13, 1952.)

OSCAR BANDLER, Respondent, v. HEGA KNITTING MILLS, INC., Appellant.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY DAVIS, Appellant.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

BRONX GARMENT CENTER, INC., Appellant, v. CITY OF NEW YORK et al., Respondents.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [199 Misc. 513.] [See 280 App. Div. 890.]

NEW YORK WATER SERVICE CORPORATION, Respondent, v. CITY OF NEW YORK, Appellant.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [201 Misc. 594.] [See 280 App. Div. 776.]

WALTER B. GIBSON, Appellant, v. STREET & SMITH PUBLICATIONS, INC., et al., Respondents, et al., Defendants.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.